| | |
|---|---|
| Andrew M. Dudley (025005)<br>PHILLIPS & ASSOCIATES<br>20 E. Thomas Rd, Suite 2600<br>Phoenix, Arizona 85012<br>Tel: (602) 258-8900<br>eMail: andrewd@phillipslaw.ws<br>Attorney for Debtors | |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIC LEON MILTON,<br>xxx-xx-3957<br><br>LAWANDA RUTH MILTON f/k/a<br>LAWANDA RUTH GATHERIGHT<br>xxx-xx-7165<br><br>14010 N. 158th St<br>Surprise, AZ 85379<br><br>        Debtors.<br>FIRESIDE BANK:<br><br>        Movant,<br>vs.<br><br>Eric Leon Milton, and<br>Lawanda Ruth Milton f/k/a<br>Lawanda Ruth Gatheright, and<br>Russell A. Brown, Trustee,<br><br>        Respondents. | Chapter 13 Proceedings<br><br>Case No: 2:08-bk-05229-CGC<br><br>**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |

1. The Debtors filed for protection under Chapter 13 of the Bankruptcy Code (Title 11 of the United States Code) on May 06, 2008.

2. Debtors have filed a Fourth Amended Plan on Nov 12, 2009 (Dkt # 55).

3. Proof of insurance is provided along with this response.

4. The Trustee has paid creditor required Adequate Protection Payments pursuant to the Plan, up to October 2009. The Trustee has sufficient funds on hand to continue to make AP pmnts.

5. The property to which the Movant claims a security interest is the Debtor's vehicle. This property is necessary to an effective reorganization.

WHEREFORE, the Debtors respectfully request that this Honorable Court deny the Motion and continue the automatic stay in full force and effect.

Dated: November 18, 2009         PHILLIPS AND ASSOCIATES

By:    /s/ AMD (025005)
        Andrew M. Dudley
        20 E. Thomas Rd., Suite 2600
        Phoenix, AZ 85012
        Attorney for Debtors

Copy of the foregoing mailed November 18, 2009 to:

Buchalter Nemer
Attn: Alan M Levinsky
16435 North Scottsdale, Rd
Ste. 440
Scottsdale, AZ 85254-1754

Russell A. Brown, Ch 13 Trustee
3838 N. Central Ave, Suite 800
Phoenix, AZ 85012-1965

Eric and Lawanda Milton
14010 N. 158th Lane
Surprise, AZ 85379

By:    /s/ ANM
       April N Mercer