Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 13 |
|---|---|
| ERIC L. MILTON, | Case No. 2-08-BK-05229 PHX CGC |
| and | **TRUSTEE'S RECOMMENDATION ON THE FOURTH AMENDED PLAN** |
| LAWANDA R. MILTON, | |
| Debtors. | (No hearing) |

The Trustee has reviewed the Fourth Amended Plan, filed November 12, 2009.

Subject to the resolution of the following issues, the Fourth Amended Plan will meet Code requirements and the Trustee will recommend confirmation:

1. The Trustee requests a copy of the Debtors' state and federal income tax returns for 2008 and 2009, to include all schedules, statements and w-2 forms.

2. Debtor has a domestic support obligation. Pursuant to 11 U.S.C. § 1325(a)(8), the order confirming plan must state: "The debtor has paid all amounts that are required to be paid under a domestic support obligation and that first became payable after the date of the filing of the petition." Moreover, with the proposed order confirming plan, the Trustee requires that the Debtor give the Trustee verification of being current in post-petition DSO payments.

3. Any Order confirming the Plan must comply with the provisions of the Trustee's Memorandum dated March 19, 1998 (copy enclosed or previously submitted to counsel). The tax years are 2008 and 2009. The time to submit a proposed Order to the Trustee is extended to 15 days after the conclusion of any objection to proof of claim or objection to confirmation.

4, Other requirements:

(a) Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

(b) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(c) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(d) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

(e) To expedite the order review process, counsel must use the recommended form for the order confirming plan found at http://www.maney13trustee.com/mcforms2.htm. The order confirming plan must be accompanied by a cover letter that goes over the Trustee's Recommendation items by each paragraph. If counsel fails to use the order form and provide such letter, the Trustee will reject the proposed order outright and the time to comply with the Recommendation is not extended.

(F) Any order confirming plan to provide that the Debtors will give the Trustee a copy of the 2008 - 2009 federal and state income tax returns, including all attachments, forms, schedules and statements, within fifteen days of filing them.

**Plan payment status:** Debtor's interim payments of $1,040.00 are current through due date August 5, 2010. $812.00 has been credited to September 5, 2010. A balance of $228.00 is past due of September 5, 2010, with an additional payment of $1,040.00 coming due October 5, 2010. Debtor's remittance in the total amount of $1,268.00 must be received in the Trustee's office not later than November 1, 2010.

Subsequent payments will be due on or before the 5th day of the month, starting November 2010.

SUMMARY

**Pursuant to Local Rule 2084-10, paragraph E.(2), the Debtors must provide the following by November 1, 2010 or the Trustee will lodge an order dismissing the case:**

    (a)    All information and documents as requested in Items #1 and #2 above; and

    (b)    Pay to the Trustee the sum of $1,268.00.

**The Court may dismiss the case without further notice for the Debtors' failure to timely comply with the Trustee's Recommendation.** If the Debtors meet all requirements of the Recommendation and this case remains active, Debtors' counsel must submit to the Trustee for review and signature, a proposed stipulated Order Confirming the Fourth Amended Plan, signed by all objecting parties, which incorporates the requirements of this Recommendation, no later than November 1, 2010. The Trustee considers the time for reviewing a proposed Order pursuant to Rule 2084-13(c), L.R.B.P., to begin running when all Recommendation conditions are met.

_____
Russell Brown
Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:

Eric and Lawanda Milton
14010 N. 158th Lane
Surprise, AZ 85379
Debtor(s)


Phillips & Associates
20 E. Thomas Road, Suite 2600
Phoenix, AZ 85012
Attorney for Debtor(s)

- 3 -

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | *cherylturner@ch13bk.com* |

- 4 -